The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL
ADVOCATES,

          Plaintiff,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, *et al.*

          Defendants.

Case No. 2:21-cv-1637-BJR

**JOINT MOTION BY ALL PARTIES TO EXTEND INITIAL LITIGATION DEADLINES**

On December 7, 2021, Plaintiff Northwest Environmental Advocates filed the above-referenced lawsuit against the Environmental Protection Agency, regarding the development of Total Maximum Daily Loads for certain types of water pollution in portions of Puget Sound. EPA's responsive pleading to the Complaint is due on February 15, 2022, and the Court's initial scheduling order (Dkt. No. 12) has set dates for certain procedures under Federal Rule of Civil Procedure 26.

All Parties in this action have conferred, and wish to extend the currently-pending litigation deadlines to explore the possibility of resolving the matter through a negotiated

settlement. The Parties therefore jointly request a 90-day period to hold preliminary settlement talks. At the close of that 90-day period, the Parties propose to file a joint status report to advise the Court of the status of their discussions, and whether they request additional time to pursue settlement. Should the Parties report that further settlement discussions are unwarranted, the Parties propose to then file, no more than two weeks after submitting their joint status report, a scheduling motion governing pending litigation deadlines. These include the deadlines for EPA's responsive pleading and administrative record, as well as the items addressed by the Court's initial scheduling order.

Accordingly, the Parties jointly request that the Court order them to file a status report by May 16, 2022, to advise the Court of the status of their discussions and whether they request additional time to pursue settlement, should that be appropriate. If the Parties conclude that additional discussions are not warranted at that time and so advise the Court, then the Parties request that the Court direct them to file, no later than May 30, 2022, a motion that proposes a schedule to address the matters in the Court's initial scheduling order, as well as the dates for EPA to file its responsive pleading and the administrative record.

There is good cause to grant this motion because it will allow the Parties time to explore the possibility of a negotiated settlement, before engaging in active litigation that may not be necessary and may impair their efforts to explore settlement. Thus, the relief requested in this motion may preserve the resources of the Court as well as of the Parties.

ORDER

Based on the foregoing joint motion, and for good cause shown, the Parties shall file a status report no later than May 16, 2022, apprising the Court of the status of their discussions concerning a possible settlement and indicating whether they request additional time to pursue such discussions. In the event the Parties conclude that such additional discussions are not warranted and so advise the Court, the Parties shall then file, no later than May 30, 2022, a motion proposing a schedule to address the matters in the Court's initial scheduling order, as well as the dates for EPA to file its responsive pleading and the administrative record.

It is so ordered, this 8th day of February, 2022.

_____
United States District Judge

3