The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al*.<br><br>Defendants. | Case No. 2:21-cv-1637-BJR<br><br>**JOINT STATUS REPORT** |

    The Parties to the above-referenced lawsuit regarding the development of Total Maximum Daily Loads for certain types of water pollution in portions of Puget Sound hereby file this status report regarding their ongoing settlement discussions, pursuant to this Court's September 9, 2022 order. In addition to ordering this status report, the Court's September 9 docket entry administratively closed the case, subject to re-opening should the Parties notify the Court they cannot reach a settlement.

    The Parties report that their settlement discussions continue to progress, and that they plan to continue their efforts to reach a negotiated resolution of this case. Accordingly, no action is required by the Court and this matter should remain administratively closed until such time that the Parties notify the Court they cannot reach a settlement.

Respectfully submitted by:

*/s/ Andrew Hawley*
Andrew Hawley (WSBA # 53052)
Western Environmental Law Center
1402 3rd Ave., Suite 1022
Seattle, WA 98101
(206) 487-7250
hawley@westernlaw.org

*Attorney for Plaintiffs*

TODD KIM
Assistant Attorney General

NICK BROWN
United States Attorney
Western District of Washington

BRIAN KIPNIS
Assistant United States Attorney
Western District of Washington

*/s/ Gus Maxwell*
DAVID KAPLAN
GUS MAXWELL
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
(202) 514-0997
david.kaplan@usdoj.gov
(303) 844-1347
gustavus.maxwell@usdoj.gov

*Attorneys for Defendants*