The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES,

    Plaintiff,

 v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*

    Defendants,

 and

CITY OF TACOMA and KING COUNTY,

    Defendant-Intervenors.

Case No. 2:21-cv-1637-BJR

**EPA's MOTION AND ORDER EXTENDING CASE SCHEDULE**

 Defendant the United States Environmental Protection Agency moves the Court to extend by three weeks, from January 23, 2025, to February 13, 2025, its deadline to respond to Plaintiff Northwest Environmental Advocates' pending motion at ECF 38. Defendants-Intervenors do not oppose this motion. Plaintiff NWEA opposes.

 The Court's October 1, 2024 scheduling order established a briefing schedule for NWEA's motion challenging the appropriateness or adequacy of EPA's administrative record. ECF 34.

NWEA filed its motion on December 13, 2024, consistent with that schedule. ECF 38. EPA's current response deadline is January 23, 2025, and NWEA's reply deadline is February 13, 2025. There is good cause to extend EPA's deadline to February 13, 2025, due to the transition to the new administration, which began on January 20, 2025. EPA requests a three-week extension to allow time for new decisionmakers to be briefed on this matter. In view of this request, the modified schedule proposed below would also extend by three weeks, from February 13, 2025, to March 6, 2025, the date for NWEA to file its reply.

## ORDER

Based on the foregoing motion, and for good cause shown, it is hereby ordered that the litigation schedule below shall be in effect.

| Action | Deadline |
| --- | --- |
| If necessary, NWEA's motion challenging the appropriateness or adequacy of EPA's record | December 13, 2024 |
| EPA's response to NWEA's motion on the record | February 13, 2025 |
| NWEA's reply | March 6, 2025 |
| Parties to file a Combined Joint Proposed Case Plan, addressing the information required in the Court's Initial Scheduling order, including any outstanding evidentiary issues | Within 21 days of the Court's resolution of any motion challenging the appropriateness or adequacy of EPA's record or the Parties coming to a resolution on the appropriate scope of judicial review. |

It is so ordered, this 22nd day of January 2025.

*Barbara J. Rothstein*
United States District Judge

Respectfully submitted,

LISA LYNNE RUSSELL
Deputy Assistant Attorney General

TESSA M. GORMAN
United States Attorney
Western District of Washington

BRIAN KIPNIS
Assistant United States Attorney
Western District of Washington

*/s/Gus Maxwell*
DAVID KAPLAN
GUS MAXWELL
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
(202) 514-0997
david.kaplan@usdoj.gov
(202) 514-0135
gustavus.maxwell@usdoj.gov

*Attorneys for Defendants*

3