The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES,

    Plaintiff,

  v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.

    Defendants,

  and

KING COUNTY and the CITY OF TACOMA,

    Defendant Intervenors.

Case No. 2:21-cv-1637-BJR

**ORDER ON SUMMARY JUDGMENT BRIEFING SCHEDULE**

    The parties have submitted a joint proposed case plan in accordance with the Court's initial scheduling order and most recent case-management orders, ECF Nos. 12, 41. ECF No. 51. Based on the parties' submission, the Court orders that the following schedule shall be in effect:

| Date | Event | Page Limit |
|---|---|---|
| July 25, 2025 | Plaintiff's motion for summary judgment | 30 pages |
| September 5, 2025 | Defendants' combined cross-motion for summary judgment and response in opposition to Plaintiffs' motion for summary judgment | 30 pages |
| September 12, 2025 | Intervenor-Defendants' cross-motion for summary judgment and response in opposition to Plaintiffs' motion for summary judgment | 30 pages |
| October 24, 2025 | Plaintiffs' combined reply in support of their motion for summary judgment and opposition to Defendants' and Defendant-Intervenors' motions for summary judgment | 45 pages |
| November 21, 2025 | Defendants' reply in support of their summary judgment motion | 20 pages |
| December 5, 2025 | Intervenor-Defendants' reply in support of their summary judgment motion | 20 pages |

It is so ordered, this 23rd day of May 2025.

Hon. Barbara J. Rothstein
United States District Judge